AO 248 (Rev. S.D. Ind. 09/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:07-cr-00167-JMS-KPF |
| v. | ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |
| ROBERT JONES | (COMPASSIONATE RELEASE) |

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, IT IS ORDERED that the motion is:

☒ GRANTED. The defendant's previously imposed sentence of imprisonment of 300 months is reduced to time served as of November 18, 2020. The term of supervised release remains 10 years.

☒ The defendant must provide the complete address where the defendant will reside upon release to the probation office in the district where the defendant will be released.

☒ The defendant's previously imposed conditions of supervised release as set forth in the judgment of October 30, 2008, are unchanged except as follows: Defendant is ORDERED to comply with any period of quarantine due to the COVID-19 pandemic as directed by medical staff and/or any state or local health authority.

AO 248 (Rev. S.D. Ind. 09/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

☒ OTHER:

The Bureau of Prisons is ordered to release the defendant by 4:00 p.m. on November 18, 2020.

The defendant's USM Number is 08770-028. Counsel for the United States is ordered to transmit this Order to the defendant's custodian no later than November 17, 2020.

    **IT IS SO ORDERED.**

Date: 11/13/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel